BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TAD OSBORNE VINING,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-02977 CKD (TEMP)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from November 13, 2015, to December 14, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of her counsel's heavy workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

/////

1

| | |
|---|---|
| Dated:  November 13, 2015 | Respectfully submitted,<br>/s/ Jesse S. Kaplan _____<br>(As authorized via email on 11/13/2015)<br>JESSE S. KAPLAN<br>Attorney for Plaintiff |
| Dated:  November 13, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH L. STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/  *Ellinor Coder* _____<br>ELLINOR CODER<br>Special Assistant U.S. Attorney<br>OF COUNSEL: AMANDA SCHAPEL<br>Assistant Regional Counsel |
| | Attorneys for Defendant |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  November 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/vining2977.stip.eot.ord.docx